IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDOLPH ROBINSON,

       Petitioner,

v.

COUCH READY MIX USA, LLC,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0655

Opinion filed September 9, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Randolph Robinson, pro se, Petitioner.

Bill R. Hutto, of Hutto and Bodiford, Panama City, for Respondent.

PER CURIAM.

      DENIED.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.